CLERK USDC EDWI
FILED

2023 APR 11 P 2: 35

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

AZJUAN K. MERIWETHER,
DONTRELL Q. FRANKLIN,
TASHA M. BROWN,
SAVANNA J. WILLIAMS,
LARON N. KING,
JAIDEN A. HENNING,
BRANDON M. NICHOLS,
JACOB A. FLOWERS,
TRENNELL HENNING, and

█████████████

Defendants.

**SEALED  23-CR-069**

Case No. 23-CR-
[18 U.S.C §§ 2(a), 922(o), 922(a)(6),
924(a)(2), 924(c), & 933(a)(1);
21 U.S.C. §§ 841(a)(1),
841(b)(1)(A), 841(b)(1)(B),
841(b)(1)(C), 841(b)(1)(D),& 846]

---

## INDICTMENT

---

## COUNT ONE

### THE GRAND JURY CHARGES THAT:

1.       Beginning in at least July 2022 and continuing until on or about March 28, 2023,

in the State and Eastern District of Wisconsin and elsewhere,

> **AZJUAN K. MERIWETHER,**
> **DONTRELL Q. FRANKLIN,**
> **TASHA M. BROWN,**
> **SAVANNA J. WILLIAMS,**
> **LARON N. KING, and**
> **JAIDEN A. HENNING,**

knowingly and intentionally conspired with each other and others, known and unknown to the

Grand Jury, to possess with the intent to distribute and to distribute controlled substances in

violation of Title 21, United States Code, Section 841(a)(1).

2.    The amount of controlled substances involved in the conspiracy attributable to each defendant as a result of his or her own conduct, and the conduct of other conspirators reasonably foreseeable to each of them, included 400 grams or more of a mixture and substance containing N-phenyl-N-[1- ( 2-phenylethyl ) -4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance; 50 grams or more of actual methamphetamine, a Schedule II controlled substance; 100 grams or more of a mixture and substance containing heroin, a Schedule I controlled substance; and a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A), 841(b)(1)(B), and 841(b)(1)(C), and Title 18, United States Code, Section 2(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 8, 2022, in the State and Eastern District of Wisconsin,

### SAVANNA J. WILLIAMS

knowingly distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2.     The offense involved 40 grams or more of a mixture and substance containing N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2(a).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 10, 2022, in the State and Eastern District of Wisconsin,

### LARON N. KING

knowingly and intentionally possessed with intent to distribute a mixture and substance containing

marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 10, 2022, in the State and Eastern District of Wisconsin,

### LARON N. KING

knowingly possessed a firearm in furtherance of the drug trafficking offenses charged in Counts

One and Three of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about August 29, 2022, in the State and Eastern District of Wisconsin,

**AZJUAN K. MERIWETHER**

knowingly distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2.      The offense involved 40 grams or more of a mixture and substance containing N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT SIX**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 29, 2022, in the State and Eastern District of Wisconsin,

**AZJUAN K. MERIWETHER**

knowingly possessed a firearm in furtherance of the drug trafficking offenses charged in Counts

One and Five of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 29, 2022, in the State and Eastern District of Wisconsin,

### AZJUAN K. MERIWETHER and
### BRANDON M. NICHOLS

knowingly possessed a machinegun, that is, a machinegun-conversion device.

In violation of Title 18, United States Code, Sections 2(a), 922(o), and 924(a)(2).

## COUNT EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 12, 2022, in the State and Eastern District of Wisconsin,

**AZJUAN K. MERIWETHER and
JAIDEN A. HENNING**

knowingly possessed a machinegun, that is, a machinegun-conversion device.

In violation of Title 18, United States Code, Sections 2(a), 922(o), and 924(a)(2).

## COUNT NINE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 12, 2022, in the State and Eastern District of Wisconsin,

### AZJUAN K. MERIWETHER and
### JAIDEN A. HENNING

did knowingly conspire and agree with each other, and others, known and unknown to the Grand Jury, to ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, that is, a machinegun-conversion device, to another person, in and affecting interstate commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a machinegun-conversion device by the recipient would constitute a felony, as defined in section 932(a)).

In violation of Title 18, United States Code, Sections 933(a)(1) and 2(a).

## COUNT TEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 22, 2022, in the State and Eastern District of Wisconsin,

**AZJUAN K. MERIWETHER and**
**DONTRELL Q. FRANKLIN**

knowingly possessed a machinegun, that is, a Glock 21, .45 caliber handgun, bearing serial

number XNS459, with a machinegun-conversion device.

In violation of Title 18, United States Code, Sections 2(a), 922(o), and 924(a)(2).

## COUNT ELEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

1.          On or about September 22, 2022, in the State and Eastern District of Wisconsin,

**AZJUAN K. MERIWETHER and
DONTRELL Q. FRANKLIN**

knowingly distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2.          The offense involved 40 grams or more of a mixture and substance containing N-phenyl-N- [1-( 2-phenylethyl ) -4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2(a).

## COUNT TWELVE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.       On or about October 27, 2022, in the State and Eastern District of Wisconsin,

**AZJUAN K. MERIWETHER and
DONTRELL Q. FRANKLIN**

knowingly distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2.       The offense involved 50 grams or more of actual methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code Section 2(a).

## COUNT THIRTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about October 27, 2022, in the State and Eastern District of Wisconsin,

**AZJUAN K. MERIWETHER and
DONTRELL Q. FRANKLIN**

knowingly possessed machineguns, that is, firearms with machinegun-conversion devices.

2.      The firearms are more fully described as:

(a)      a .40 caliber Glock, model 22, bearing serial number WHX146, with a machinegun-conversion device;

(b)      a 9 mm Glock, model 17, bearing serial number BTVX769, with a machinegun-conversion device; and

(c)      a 9 mm Glock, model 17, bearing serial number BVBN256, with a machinegun-conversion device.

All in violation of Title 18, United States Code, Sections 2(a), 922(o), and 924(a)(2).

## COUNT FOURTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about November 4, 2022, in the State and Eastern District of Wisconsin,

**TRENNELL HENNING,**

in connection with the acquisition of firearms from Fleet Farm, a federally licensed firearms dealer in Germantown, Wisconsin, knowingly made a false and fictitious written statement intended and likely to deceive Fleet Farm as to a fact material to the lawfulness of the sale and disposition of such firearms under the provisions of Chapter 44 of Title 18, United States Code.

2.      Specifically, in connection with the purchase of an Anderson Manufacturing receiver, model AM-15, bearing serial number 22019470, the defendant falsely stated on the Firearms Transaction Record (ATF Form 4473) that he was the actual transferee/buyer of the firearm, when he knew he was purchasing the firearm for someone else.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIFTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 16, 2022, in the State and Eastern District of Wisconsin,

**AZJUAN K. MERIWETHER and**
**JAIDEN A. HENNING**

knowingly distributed a mixture and substance containing N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2(a).

## COUNT SIXTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 16, 2022, in the State and Eastern District of Wisconsin,

**AZJUAN K. MERIWETHER and**
**JAIDEN A. HENNING**

did knowingly conspire and agree with each other and with others, known and unknown to the Grand Jury, to ship, transport, transfer, cause to be transported, and otherwise dispose of an AM-15, Anderson Manufacturing Pistol, bearing serial number 22019470, to another person, in and affecting interstate commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a machinegun-conversion device by the recipient would constitute a felony, as defined in section 932(a).

In violation of Title 18, United States Code, Sections 933(a)(1) and 2(a).

## COUNT SEVENTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about December 6, 2022, in the State and Eastern District of Wisconsin,

### AZJUAN K. MERIWETHER

knowingly distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2.      The offense involved 40 grams or more of a mixture and substance containing N-phenyl-N- [1-( 2-phenylethyl ) -4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT EIGHTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 6, 2022, in the State and Eastern District of Wisconsin,

### AZJUAN K. MERIWETHER

knowingly possessed a firearm in furtherance of the drug trafficking offenses charged in Counts One and Seventeen of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT NINETEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 6, 2022, in the State and Eastern District of Wisconsin,

**AZJUAN K. MERIWETHER**

knowingly possessed a machinegun, that is, a Glock 45, 9 mm handgun, bearing serial number BUFB412, with a machinegun-conversion device.

In violation of Title 18, United States Code, Sections 2(a), 922(o), and 924(a)(2).

## COUNT TWENTY

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 20, 2022, in the State and Eastern District of Wisconsin,

### JACOB A. FLOWERS

knowingly distributed a mixture and substance containing cocaine, a Schedule II controlled substance; and a mixture and substance containing heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWENTY-ONE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 20, 2022, in the State and Eastern District of Wisconsin,

### JACOB A. FLOWERS

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count Twenty of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT TWENTY-TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 20, 2022, in the State and Eastern District of Wisconsin,

### JACOB A. FLOWERS

knowingly possessed a machinegun, that is, a Glock 21 .45 caliber handgun, bearing serial

number AGSH548, with a machinegun-conversion device.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT TWENTY-THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about December 27, 2022, in the State and Eastern District of Wisconsin, and elsewhere,

### AZJUAN K. MERIWETHER

knowingly and intentionally attempted to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2.      The offense involved 50 grams or more of actual methamphetamine, a Schedule II controlled substance; 100 grams or more of a mixture and substance containing heroin, a Schedule I controlled substance; and a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), and 846.

## COUNT TWENTY-FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about January 19, 2023, in the State and Eastern District of Wisconsin,

**DONTRELL Q. FRANKLIN and
TASHA M. BROWN**

knowingly distributed a controlled substance, in violation of Title 21, United States Code, Section

841(a)(1).

2.      The offense involved 40 grams or more of a mixture and substance containing N-

phenyl-N- [1- (2-phenylethyl ) -4-piperidinyl] propanamide (fentanyl), a Schedule II controlled

substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title

18, United States Code, Section 2(a).

## COUNT TWENTY-FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 19, 2023, in the State and Eastern District of Wisconsin,

### LARON N. KING

knowingly possessed a machinegun, that is, a Glock 23 .40 caliber handgun, bearing serial number AME521US, with a machinegun-conversion device.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT TWENTY-SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about February 3, 2023, in the State and Eastern District of Wisconsin,

**DONTRELL Q. FRANKLIN and
TASHA M. BROWN**

knowingly possessed machineguns, that is, firearms with machinegun-conversion devices.

2.      The machineguns are more fully described as:

      (a)      an AR-Style Privately Made Firearm (PMF) Possessing Suspected Lightning Link;

      (b)      an AR-Style Privately Made Firearm (PMF) Possessing Suspected Lightning Link; and,

      (c)      a .40 caliber Glock handgun bearing serial number BNTE5272, with a machinegun-conversion device.

All in violation of Title 18, United States Code, Sections 2(a), 922(o), and 924(a)(2).

## COUNT TWENTY-SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 28, 2023, in the State and Eastern District of Wisconsin,

### DONTRELL Q. FRANKLIN

knowingly possessed a machinegun, that is, a Glock 20, 10 mm handgun, bearing serial number

BWHF861, with a machinegun-conversion device.

In violation of Title 18, United States Code, Sections 922(o), and 924(a)(2).

## COUNT TWENTY-EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

1.    On or about March 27, 2023, in the State and Eastern District of Wisconsin,

managed and controlled a place as the owner.

2.    The place was the residence located at 31XX North 21st Street, Milwaukee,

Wisconsin.

3.    The defendant knowingly and intentionally made the place available for use, with

and without compensation, for the purpose of unlawfully storing, using, and distributing actual

methamphetamine, a Schedule II controlled substance; mixture and substance containing heroin,

a Schedule I controlled substance; and a mixture and substance containing cocaine, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(2).

## COUNT TWENTY-NINE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about March 28, 2023, in the State and Eastern District of Wisconsin,

**DONTRELL Q. FRANKLIN and
TASHA M. BROWN**

knowingly and intentionally possessed with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2.      The offense involved 40 grams or more of a mixture and substance containing N-phenyl-N- [1-(2-phenylethyl ) -4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance; a mixture and substance containing heroin, a Schedule I controlled substance; and a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C), and Title 18, United States Code, Section 2(a).

## COUNT THIRTY

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 28, 2023, in the State and Eastern District of Wisconsin,

**DONTRELL Q. FRANKLIN and
TASHA M. BROWN**

knowingly possessed a machinegun, that is, a machinegun-conversion device.

In violation of Title 18, United States Code, Sections 2(a), 922(o), and 924(a)(2).

## COUNT THIRTY-ONE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 28, 2023, in the State and Eastern District of Wisconsin,

**DONTRELL Q. FRANKLIN**

knowingly possessed a machinegun in furtherance of the drug trafficking offenses charged in Counts One and Twenty-Nine of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(B)(ii).

**FORFEITURE NOTICE**

1.     Upon conviction of the controlled substance offenses alleged in Counts One to Three, Count Five, Counts Eleven to Twelve, Count Fifteen, Count Seventeen, Count Twenty, Counts Twenty-Three to Twenty-Four, and Count Twenty-Eight of this Indictment, the defendants shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses.   The properties subject to forfeiture include, but are not limited to:

   a.   $1,095 recovered from Laron N. King on July 10, 2022; and
   b.   Multiple diamonds located inside Azjuan K. Meriwether's brown Louis Vuitton bag on his person in Vermillion County, Indiana on December 27, 2022.

2.     Upon conviction of any offense in violation of Title 18, United States Code, Section 922(o) and 924(c) as set forth in Count Four, Counts Six to Ten, Count Thirteen, Count Sixteen, Count Eighteen, Count Nineteen, Counts Twenty-One to Twenty-Two, Counts Twenty-Five to Twenty-Seven, and Counts Twenty-Nine to Thirty of this Indictment, the defendants, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the offenses of conviction. The properties subject to forfeiture include, but are not limited to:

   a.   a Polymer 80, 9 mm handgun (ghost gun) with extended magazine recovered from Laron N. King near 3700 Block of West North Avenue, Milwaukee, Wisconsin, on July 10, 2022;
   b.   a Glock 21 .45 caliber handgun, bearing serial number AGSH548, with a Glock auto sear device located at 3XX East Keefe Avenue, Milwaukee, Wisconsin on December 20, 2022; and
   c.   an AK-47 Century Arms, bearing serial number AK63DA-F07719 located at Tasha M. Brown's storage unit at SmartStop Self Storage Unit 1032, 3420 West Capitol Drive, Milwaukee, Wisconsin, on March 28, 2023.

3.     If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL:

FOREPERSON
Date: 4-11-23

GREGORY J. HAANSTAD
United States Attorney